1401  GEBHARDT ET AL. vs. EAST SAGINAW, 40 M., 336.

Mandamus to compel payment to a contractor from a special assessment, was denied (January 31, 1879) where the assessment had been adjudged invalid in a suit brought by a taxpayer to recover back what he had paid.

1402  MASON vs. TREASURER, MAYOR ET AL.  (Gladstone),  No. 12727, 93 M., 232.

To compel payment of a certain order issued for a public improvement.

Denied October 4, 1892, with costs.

Relator joined with others in a suit to restrain the collection of the tax, and the tax was declared void, and its collection enjoined, and he now seeks to obtain payment from funds collected from others who paid voluntarily.

1403  SCHOOL DISTRICT NO. 9, OF MIDLAND vs. SCHOOL DISTRICT NO. 5, 40 M., 551.  (Assumpsit.)

Mandamus for the payment of money can issue at the instance of one municipal corporation against another only when there are statutory or legal relations between them to authorize it and the obligation to pay has been liquidated.  An action for money had and received is the only proceeding by which to liquidate a demand against a municipal corporation for money belonging to the plaintiff and wrongfully in its possession.